# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** :     Plaintiff, : : v. : : **SIXTY-SEVEN (67) PIT BULL-TYPE DOGS,** :     Defendant Property. : : : | CASE NO.: |

## UNITED STATES' VERIFIED COMPLAINT FOR FORFEITURE

COMES NOW, Plaintiff, the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, brings this complaint and alleges as follows in accordance with Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure:

*Nature of the Action*

1.     This is a civil action *in rem* brought to enforce Title 7, United States Code, Section 2156(e) for the forfeiture of sixty-seven (67) dogs (hereinafter collectively referred to as the "Defendant Dogs") that were involved in violations of the animal fighting venture prohibition sections of the Animal Welfare Act, Title 7, United States Code, Section 2156. This action also seeks the forfeiture of any offspring these seized Defendant Dogs may have before and after the entry of a final order of forfeiture.

2.     Because this Verified Complaint is being filed for the purpose of establishing grounds for forfeiture and providing notice to interested persons, it does not include all of the information known by the Government in connection with the investigation underlying the claims for forfeiture set forth herein.

*The Defendants in Rem*

3.     The Defendant Dogs *in rem* were seized from the residence of Dun Bradford, located at 600 Pinewood Lane, Sale City, Mitchell County, Georgia, on or about February 22, 2024, by the U.S. Department of Agriculture Office of Inspector General and the United States Marshals Service, and are described as follows:

a.)   USMS ID: USM-1675, a white, male, adult pit bull-type dog;

b.)   USMS ID: USM-1676, a black, male, adult pit bull-type dog;

c.)   USMS ID: USM-1677, a black, female, adult pit bull-type dog;

d.)   USMS ID: USM-1678, a black, male, adult pit bull-type dog;

e.)   USMS ID: USM-1679, a black, male, adult pit bull-type dog;

f.)   USMS ID: USM-1680, a tan, female, adult pit bull-type dog;

g.)   USMS ID: USM-1681, a black, female, adult pit bull-type dog;

h.)   USMS ID: USM-1682, a tan, male, adult pit bull-type dog;

i.)   USMS ID: USM-1683, a black, male, adult pit bull-type dog;

j.)   USMS ID: USM-1684, a black, female, adult pit bull-type dog;

k.)   USMS ID: USM-1685, a black, male, adult pit bull-type dog;

l.)   USMS ID: USM-1686, a black, female, adult pit bull-type dog;

m.)   USMS ID: USM-1687, a black, female, adult pit bull-type dog;

n.) USMS ID: USM-1688, a black, female, adult pit bull-type dog;

o.) USMS ID: USM-1689, a black, female, adult pit bull-type dog;

p.) USMS ID: USM-1690, a tan, male, adult pit bull-type dog;

q.) USMS ID: USM-1691, a black and white, male, puppy pit bull-type dog;

r.) USMS ID: USM-1692, a black and white, male, puppy pit bull-type dog;

s.) USMS ID: USM-1693, a black and white, male, puppy pit bull-type dog;

t.) USMS ID: USM-1694, a brown, female, adult pit bull-type dog;

u.) USMS ID: USM-1695, a black, female, adult pit bull-type dog;

v.) USMS ID: USM-1696, a black, female, adult pit bull-type dog;

w.) USMS ID: USM-1697, a black, female, adult pit bull-type dog;

x.) USMS ID: USM-1698, a black, male, adult pit bull-type dog;

y.) USMS ID: USM-1699, a black, male, adult pit bull-type dog;

z.) USMS ID: USM-1700, a black, female, adult pit bull-type dog;

aa.) USMS ID: USM-1701, a tan, male, adult pit bull-type dog;

bb.) USMS ID: USM-1702, a tan, male, puppy pit bull-type dog;

cc.) USMS ID: USM-1703, a black, female, puppy pit bull-type dog;

dd.) USMS ID: USM-1704, a black, female, adult pit bull-type dog;

ee.) USMS ID: USM-1705, a black, male, adult pit bull-type dog;

ff.) USMS ID: USM-1706, a black, male, adult pit bull-type dog;

gg.) USMS ID: USM-1707, a tan, male, adult pit bull-type dog;

hh.) USMS ID: USM-1708, a black, female, adult pit bull-type dog;

ii.) USMS ID: USM-1709, a black, female, adult pit bull-type dog;

jj.)  USMS ID: USM-1710, a black, female, adult pit bull-type dog;

kk.)  USMS ID: USM-1711, a black, female, adult pit bull-type dog;

ll.)  USMS ID: USM-1712, a black, male, adult pit bull-type dog;

mm.)  USMS ID: USM-1713, a black, female, adult pit bull-type dog;

nn.)  USMS ID: USM-1714, a tan, male, adult pit bull-type dog;

oo.)  USMS ID: USM-1715, a black and white, female, adult pit bull-type dog;

pp.)  USMS ID: USM-1716, a black and white, female, adult pit bull-type dog;

qq.)  USMS ID: USM-1717, a black, female, adult pit bull-type dog;

rr.)  USMS ID: USM-1718, a black, male, adult pit bull-type dog;

ss.)  USMS ID: USM-1719, a black, female, adult pit bull-type dog;

tt.)  USMS ID: USM-1720, a black, male, adult pit bull-type dog;

uu.)  USMS ID: USM-1721, a black, female, adult pit bull-type dog;

vv.)  USMS ID: USM-1722, a black, male, adult pit bull-type dog;

ww.)  USMS ID: USM-1723, a tan, male, adult pit bull-type dog;

xx.)  USMS ID: USM-1724, a black, female, adult pit bull-type dog;

yy.)  USMS ID: USM-1725, a black, female, adult pit bull-type dog;

zz.)  USMS ID: USM-1726, a black, female, adult pit bull-type dog;

aaa.)  USMS ID: USM-1727, a black, male, adult pit bull-type dog;

bbb.)  USMS ID: USM-1728, a black, female, adult pit bull-type dog;

ccc.)  USMS ID: USM-1729, a tan, male, adult pit bull-type dog;

ddd.)  USMS ID: USM-1730, a black, male, adult pit bull-type dog;

eee.)  USMS ID: USM-1731, a tan, female, adult pit bull-type dog;

    fff.)    USMS ID: USM-1732, a black and white, male, adult pit bull-type dog;

    ggg.)    USMS ID: USM-1733, a black, female, adult pit bull-type dog;

    hhh.)    USMS ID: USM-1734, a black, female, adult pit bull-type dog;

    iii.)    USMS ID: USM-1735, a black, female, adult pit bull-type dog;

    jjj.)    USMS ID: USM-1736, a black, female, adult pit bull-type dog;

    kkk.)    USMS ID: USM-1737, a black, female, adult pit bull-type dog;

    lll.)    USMS ID: USM-1738, a black, female, adult pit bull-type dog;

    mmm.)    USMS ID: USM-1739, a black, female, adult pit bull-type dog;

    nnn.)    USMS ID: USM-1740, a black, female, adult pit bull-type dog; and

    ooo.)    USMS ID: USM-1741, a black, female, adult pit bull-type dog.

The Defendant Dogs *in rem* are presently in the custody of the United States Marshals Service.

### *Jurisdiction and Venue*

4.    Plaintiff brings this action *in rem* in its own right to forfeit the above listed Defendant Dogs. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

5.    This Court has *in rem* jurisdiction over the Defendant Dogs pursuant to 28 U.S.C. § 1355(b)(1)(A) because the acts or omissions giving rise to the forfeiture occurred in this District. Upon the filing of this complaint, the Plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the Plaintiff will execute upon the Defendant Dogs pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

6. Venue is proper in this District pursuant to 28 U.S.C. § 1355(b)(1)(A) because acts or omissions giving rise to the forfeiture occurred in this District, and 28 U.S.C. §§ 1395(a) and (b), because the action accrued in this District, and the Defendant Dogs were seized in Sale City, Mitchell County, Georgia, which is situated within the Middle District of Georgia.

*Statutory Basis For Forfeiture*

7. The federal Animal Welfare Act, Title 7, United States Code, Section 2131, *et seq.*, defines "animal fighting venture" as "any event, in or affecting interstate or foreign commerce, that involves a fight conducted or to be conducted between at least 2 animals for purposes of sport, wagering, or entertainment." 7 U.S.C. § 2156(f)(1). It is illegal to sponsor or exhibit an animal in an animal fighting venture. 7 U.S.C. § 2156(a)(1). It is also illegal to sell, buy, possess, train, transport, deliver, or receive an animal intended for use in an animal fighting venture. 7 U.S.C. § 2156(b).

8. The Animal Welfare Act provides that "[a] warrant to search for and seize any animal which there is probable cause to believe was involved in any violation of this section may be issued by any judge of the United States or of a State court of record or by a United States magistrate judge within the district wherein the animal sought is located." 7 U.S.C. § 2156(e). Animals "seized under such a warrant shall be held by the United States marshal or other authorized person pending disposition thereof by the court in accordance with this subsection." *Id.* In addition, "[n]ecessary care including veterinary treatment shall be provided while the animals are so held in custody." *Id.*

9. The statute also contemplates forfeiture of seized live animals. Specifically,

> [a]ny animal involved in any violation of this section shall be liable to be proceeded against and forfeited to the United States at any time on complaint filed in any United States district court or other court of the United States for any jurisdiction in which the animal is found and upon a judgment of forfeiture shall be disposed of by sale for lawful purposes or by other humane means, as the court may direct.

*Id*. The costs incurred in caring for animals seized and forfeited under this section "shall be recoverable from the owner of the animals (1) if he appears in such forfeiture proceeding, or (2) in a separate civil action brought in the jurisdiction in which the owner is found, resides, or transacts business." *Id*.

10. As explained below, the Defendant Dogs are animals involved in violation(s) of 7 U.S.C. § 2156, and are therefore subject to forfeiture to the United States of America pursuant to 7 U.S.C. § 2156(e).

*Background*

11. Dog fighting is a violent contest in which two (2) dogs that are bred and conditioned for fighting are released by their owners or handlers in a controlled environment to attack each other and fight for purposes of sport, entertainment, or gambling. Fights usually end when one (1) dog withdraws, when a handler "picks up" his dog and forfeits the match, or when one or both dogs die.

12. Persons engaged in dog fighting ventures exclusively use pit bull-type dogs, which typically have a short coat, compact muscular build, and an aggressive temperament that some exhibit toward other dogs.

13. Dog fighters commonly fight dogs with a goal of obtaining "Champion" or "Grand Champion" status for their dogs, which is achieved by winning three (3) or five

7

(5) fights, respectively. They typically maintain contact with other dog fighters around the country, and can generate substantial income from gambling on dog fights and from the sale and breeding of fighting animals.

14.     It is a common practice for those involved in dog fighting to possess large numbers of dogs at one time. This practice is followed for several reasons. First, dog fighters maintain a stock of dogs at different weights and both sexes because, in dog fights, dogs are matched against other dogs to within a pound of the same weight against dogs of the same sex. Maintaining a stock of several dogs thus increases the odds of owning a dog whose weight meets the requirements for a match solicited by an opponent. Second, dog fighters also maintain multiple dogs to selectively breed, sell, and fight dogs displaying certain traits or to otherwise advance a particular dog fighting "bloodline."

15.     Further, dog fighters must possess an inventory of dogs because dogs often die or are badly injured during fights. Possessing multiple dogs also increases the prospects of owning a dog who will become a Champion or Grand Champion. Dogs are not used for contracted matches until they are approximately 24 months old, to allow time for aggression to develop.

16.     Persons who fight dogs or who possess or train dogs for participation in animal fighting ventures maintain dogs in a fashion where they can see and agitate one another but not reach one another. The owners/handlers typically place the dogs on heavy chains or in individual crates.

17. Persons who possess and train dogs for participation in animal fighting ventures often use treadmills and/or water-filled swim tanks to condition dogs for fighting.

18. Dog fighters also frequently possess and use veterinary drugs and devices, some of which are not legal to possess without a license to practice veterinary medicine, so that they may attempt to repair the injuries of any surviving dogs after a fight, without drawing the scrutiny of a licensed veterinarian.

19. Dog fighters use devices called "break sticks" to insert into the mouths of dogs while they are fighting, and manually pry apart the dogs' jaws. This is done to stop a "roll" fight at the desired interval, or during breaks prescribed by the rules of organized dog fighting, like rounds in boxing.

20. Dog fighters commonly use a "breeding stand" – a device used to immobilize and forcibly breed a female dog, when the female dog is too dog-aggressive to mate naturally. Such devices are strong evidence of dog fighting, because legitimate breeders would not choose to breed a dog who was too aggressive to mate naturally.

*Basis For Forfeiture*

21. The Defendant Dogs are subject to forfeiture pursuant to 7 U.S.C. § 2156(e) (animals involved in a violation of the Animal Welfare Act), as the Defendant Dogs were involved in, in any manner or part, to commit and/or to facilitate the commission of the aforementioned offense.

*Factual Allegations*

22. On February 21, 2024, the Mitchell County Sheriff's Office ("MCSO") received a complaint of animal cruelty. On February 22, 2024, deputies conducted a welfare check and found a large number of pit bull-type dogs, on chains, in the woods constituting the rear portion of 600 Pinewood Lane, Sale City, Mitchell County, Georgia.

23. MCSO detectives applied for and obtained a warrant to search 600 Pinewood Lane. During the search, detectives located approximately sixty-seven (67) pit bull-type dogs and extensive equipment used for training dogs for fighting purposes, as detailed below.

24. On February 23, 2024, this Court issued a warrant to seize the dogs and to search for and seize further dog fighting evidence from 600 Pinewood Lane. Agents seized the Defendant Dogs pursuant to the warrant the next day.

25. In an outbuilding at 600 Pinewood Lane, law enforcement found two (2) treadmills that had been modified to hold a dog in place while running on the treadmill. Both treadmills had plywood pieces affixed to the sides and a bar across the top from which a chain with a leash clip was hanging. The wooden sides appeared to have blood stains on them, on the sides facing the treadmill belts. One was an electric treadmill that a dog is powerless to exit, stop, or slow down.

26. Law enforcement also located several "break sticks," described further above. The break sticks appeared to have been heavily used.

27. On the property, law enforcement also found a "breeding stand," described further above.

28. The outbuilding housed a swim tank – namely, a small pool-type enclosure approximately five feet wide, five feet across, and five feet deep, fashioned out of concrete blocks. It was filled with water and had a cable with a leash clip running diagonally across the top of it. Such devices are often used to condition dogs for fighting. The dog is placed inside the tank tethered by the collar to the chain across the top of the tank.

29. Law enforcement also found a large amount of medical and veterinary equipment.

30. The Defendant Dogs were found separated from one another, mostly on heavy chains tethered to the ground, on the exterior portion of 600 Pinewood Lane. The area each dog had to move was a small circle limited by the length of the chain. It appeared, based on the lack of vegetation within the chain circumference, that the chain spots had been used for a long period of time.

31. After the dogs were seized and secured, a veterinarian evaluated each of the dogs. Reports and photographs show that a number of the seized dogs had multiple wounds and heavy scars consistent with dog fighting. One appeared to have a broken leg that had not been treated properly, resulting in a limb deformity.

*Conclusion*

32. Based on the foregoing, probable cause exists to believe that the Defendant Dogs were involved in, in any manner or part, to commit and/or to facilitate the commission of the aforementioned offense, and are subject to forfeiture pursuant to 7 U.S.C. § 2156(e) (animals involved in a violation of the Animal Welfare Act), and includes any offspring produced prior to or after the conclusion of this case.

WHEREFORE, the United States of America prays that process of warrant issue for the arrest of the Defendant Dogs; that due notice be given to all parties to appear and show cause why forfeiture should not be decreed; that judgment be entered declaring the Defendant Dogs forfeited to the United States of America for disposition according to law; the Court enter a judgment for costs associated with the care of the Defendants *in rem* pursuant to 7 U.S.C. § 2156(e) should any interested party file a claim for the Defendants *in rem*; and that the United States of America be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Respectfully submitted, this 9th day of April, 2024.

        PETER D. LEARY
        UNITED STATES ATTORNEY

BY:   */s/ Michael P. Morrill*
       MICHAEL PATRICK MORRILL
       Assistant United States Attorney
       Georgia Bar Number: 545410
       United States Attorney's Office
       Middle District of Georgia
       Post Office Box 1702
       Macon, Georgia 31202-1702
       Telephone: (478) 752-3511
       Facsimile: (478) 621-2655
       E-mail: Michael.Morrill@usdoj.gov